**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | Christopher G Morgan; aka Chris G Morgan |
| Debtor 2 (Spouse, if filing) | Michelle Marie Morgan |
| United States Bankruptcy Court for the: | Southern District of Indiana (State) |
| Case number | 22-90753-AKM-13 |

## Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges   12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** U.S. Bank Trust National Association as Trustee of the Cabana Series IV Trust

**Court claim no.** (if known): _____9-1_____

**Last 4 digits** of any number you use to identify the debtor's account:   7   1   1   2

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☑ No

☐ Yes. Date of the last notice: _____/_____/_____

| Part 1: | Itemize Postpetition Fees, Expenses, and Charges |
|---|---|

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | | (1) | $ _____ |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ _____ |
| 3. Attorney fees | | (3) | $ _____ |
| 4. Filing fees and court costs | | (4) | $ _____ |
| 5. Bankruptcy/Proof of claim fees | | (5) | $ _____ |
| 6. Appraisal/Broker's price opinion fees | | (6) | $ _____ |
| 7. Property inspection fees | | (7) | $ _____ |
| 8. Tax advances (non-escrow) | | (8) | $ _____ |
| 9. Insurance advances (non-escrow) | | (9) | $ _____ |
| 10. Property preservation expenses.  Specify:_____ | | (10) | $ _____ |
| 11. Other.  Specify: Sale Publication - FC | 8/30/2022 | (11) | $ 210.60 |
| 12. Other.  Specify: Withdrawal of Sale - FC | 8/30/2022 | (12) | $ 200.00 |
| 13. Other.  Specify: Bankruptcy Notice - FC | 9/2/2022 | (13) | $ 150.00 |
| 14. Other.  Specify:_____ | | (14) | $ _____ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Debtor 1    Christopher G Morgan          Case number *(if known)*   22-90753-AKM-13

First Name     Middle Name     Last Name

---

### Part 2:   Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✖ /s/ Molly Slutsky Simons         Date   11 / 7 / 2022

     Signature

Print:   Molly Slutsky Simons         Title   Attorney for Creditor

      First Name     Middle Name     Last Name

Company   Sottile & Barile, Attorneys at Law

Address   394 Wards Corner Road, Suite 180

      Number      Street

      Loveland, OH 45140

      City            State     ZIP Code

Contact phone   ( 513 ) 444 – 4100         Email   bankruptcy@sottileandbarile.com

---



# MANLEY DEAS KOCHALSKI

# INVOICE

Manley Deas Kochalski LLC
PO Box 165028
Columbus OH 43216-5028
Phone (614) 220-5611

| | |
|---|---|
| INVOICE NO. | ██████ |
| DATE | **Sep 16, 2022** |
| MDK CASE NO. | ██████ |

**Client** **SN Servicing Corp**

| | |
|---|---|
| Referral date: | 02/13/2018 |
| Address: | 8496 West State Road 56 Campbellsburg IN 47108 |
| Case reference: | Morgan, Chris |
| Loan number: | |
| Our reference number: | ██████ |
| Legal action date: | 07/03/2018 |
| Billable Event : | Hold - BK |

## BILLING SUMMARY

| CHARGE TYPE | COST | | |
|---|---|---|---|
| **DATE** | **DESCRIPTION** | | **AMOUNT** |
| 08/30/2022 | Sale Publication-FC | ██████ | $210.60 |
| Pub Fee (Recoverable) | | | |
| | **TOTAL COSTS SINCE LAST BILLING** | | $210.60 |

| CHARGE TYPE | FEE | | |
|---|---|---|---|
| **DATE** | **DESCRIPTION** | | **AMOUNT** |
| 08/30/2022 | Withdrawal of Sale (OTA) - FC | ██████ | $200.00 |
| Withdrawal of Sale (OTA) - FC Approved for $200.00 on 8/30/2022 (Recoverable) | | | |
| 09/02/2022 | Bankruptcy Notice (OTA) - FC | ██████ | $150.00 |
| Bankruptcy Notice (OTA) - FC Approved for $150.00 on 8/31/2022 by Tammy Fortson (Recoverable) | | | |
| | **TOTAL FEES SINCE LAST BILLING** | | $350.00 |
| | **GRAND TOTAL** | | $560.60 |

THANK YOU FOR THE OPPORTUNITY TO BE OF SERVICE.        9/16/2022        9:57:39AM

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF INDIANA**
**NEW ALBANY DIVISION**

In Re:                                          Case No. 22-90753-AKM-13

Christopher G Morgan
  *aka* Chris G Morgan                          Chapter 13
Michelle Marie Morgan

Debtors.                                        Judge Andrea K. McCord

---

## CERTIFICATE OF SERVICE

I certify that on November 7, 2022, a copy of the foregoing Notice of Postpetition Mortgage Fees, Expenses, and Charges was filed electronically. Notice of this filing will be sent to the following party/parties through the Court's ECF System. Party/parties may access this filing through the Court's system:

> Lloyd Koehler, Debtors' Counsel
> lloydkoehler@hotmail.com

> Joseph M. Black, Jr., Chapter 13 Trustee
> jmbecf@trustee13.com

> Office of the U.S. Trustee
> ustpregion10.in.ecf@usdoj.gov

I further certify that on November 7, 2022, a copy of the foregoing Notice of Postpetition Mortgage Fees, Expenses, and Charges was mailed by first-class U.S. Mail, postage prepaid and properly addressed to the following:

> Christopher G Morgan, Debtor
> 8496 W State Road 56
> Campbellsburg, IN 47108

Michelle Marie Morgan, Debtor
8496 W State Road 56
Campbellsburg, IN 47108

Respectfully Submitted,

/s/ Molly Slutsky Simons
Molly Slutsky Simons (OH 0083702)
Sottile & Barile, Attorneys at Law
394 Wards Corner Road, Suite 180
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com
Attorney for Creditor